IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| COREY BURNS,<br>　　Plaintiff, | §<br>§<br>§ | |
| V. | § | C.A. NO. C-08-164 |
| | § | |
| TIMOTHY M. RASKA, ET AL.,<br>　　Defendant. | §<br>§<br>§ | |

## AMENDED ORDER SETTING DEADLINES

The following deadlines are set:

1. Discovery ends **Wednesday, February 25, 2009.**

2. Expert witnesses must be designated by **Friday, January 16, 2009.** For any expert designated, a report in compliance with Fed. R. Civ. P. 26(a)(2)(B) must accompany the designation. Responsive experts are due twenty days prior to the close of discovery.

3. Dispositive motions are due **Wednesday, February 25, 2009.** Responses to dispositive motions are due thirty days after receipt of a copy of the opposing party's dispositive motion.

4. Leave of court is required to amend pleadings or to join additional parties.

ORDERED this 3rd day of December, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE